# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

IN RE: **RACHEL L. SEGER**

Case Number: 20-43467-TJT
Chapter 13
Judge TUCKER

Debtor.
_____

WILLIAM D. JOHNSON (P54823)
ACCLAIM LEGAL SERVICES, P.L.L.C.
8900 E. 13 Mile Rd.
Warren, MI 48093
 (248) 443-7033
_____/

## Debtor's Chapter 13 Confirmation Hearing Certificate

At the next confirmation hearing in this case, the debtor intends to: (check ONE of the following)

1.__X__ Request confirmation of the debtor's plan, because all timely objections of creditors and the trustee have been resolved.  I have e-mailed to the Trustee a proposed order confirming the plan, as required in paragraph 2 of the Chapter 13 Case Management Order.

/s/ Ryan A. Paree
RYAN A. PAREE (P80345)
Acclaim Legal Services, P.L.L.C.
8900 E. Thirteen Mile Road
Warren, MI 48093
248-443-7033
filing@acclaimlegalservices.com